IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IDT VENTURE CAPITAL CORPORATION d/b/a IDT JETS<br><br>Plaintiff,<br><br>vs.<br><br>DARON WORLDWIDE TRADING INC.<br><br>Defendant. | Case No. 06-1383 (DMC/MF) |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(ii), by and between the undersigned attorneys for all of the parties that have appeared herein, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the proceeding, this action be and the same is hereby discontinued with prejudice and without costs to any party.

This stipulation may be executed in counterparts. The parties respectfully request that the Court deem facsimile copies as ribbon originals. This stipulation may be filed without further notice with the Clerk of the Court.

This Court retains jurisdiction for the purpose of enforcing the Stipulation and Order and any settlement agreement between the parties.

Dated: Roseland, New Jersey
       May 12, 2006

| LOWENSTEIN SANDLER PC | TROUTMAN SANDERS LLP |
|---|---|
| By: /s/ David Leit | By: /s/ Aurora Cassirer |
| David Leit | Aurora Cassirer |
| 65 Livingston Avenue | 190 Moore Street |
| Roseland, New Jersey 07068 | Hackensack, NJ 07601 |
| Attorneys for Defendant Daron Worldwide Trading Inc. | Attorneys for Plaintiff IDT Venture |